# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## Austin DIVISION

Tonya & Edward Hill

Plaintiff(s)

CASE NUMBER: 1:23 CV 00912

Jennifer Cropp Medlin

Defendant(s)

## COMPLAINT

Jennifer Cropp Medlin had it out with since day one she snatched my visitation rights away and changed my daughters name from Breonna Shontaye Ruffin to Ellinor Maya Rowe without written permission

Signature: Tonya Hill
Name: Tonya Hill
Address: 15309 Knighten CV, Austin, TX 78725
Telephone Number: 512-939-2089

Rev. Ed. October 26, 2017

Attachment 1 - Civil Complaint

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
__Austin__ **DIVISION**

__Tonya Hill__

Plaintiff(s)

CASE NUMBER: _____

__Child Protective Service__

Defendant(s)

FILED 2023 AUG -3 PM 4:08 CLERK, US DISTRICT COURT WESTERN DISTRICT OF TEXAS BY ___

**COMPLAINT**

Child Protective Services violated My Rights From 2004-2011 They were Abusing My kids In numerus foster homes Called Me Mentally Ill & Didn't let Me take my 3 Child home

__Tonya Hill__
Signature
Name Tonya Hill
Address 15208 Knighten LN Austin, TX 78725
Telephone Number 512-939-2089

27

**Rev. Ed. October 26, 2017**

And She knew Her Ex husband was A Pedophile that was Sexually Molesting My Kids she kept Me away Just so I wouldn't Find out She Feeds off The Foster Care System To Dope Kids up and she had Me Arrested And Had guns Pulled In my husband & youngson face And we Are Scared