IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TONYA HILL, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:23-CV-912-RP |
| JENNIFER CROPP MEDLIN, | § § § | |
| Defendant. | § § | |

# FINAL JUDGMENT

On this date, the Court adopted United States Magistrate Judge Dustin Howell's report and recommendation concerning Plaintiff Tonya Hill's ("Hill") complaint pursuant to 28 U.S.C. § 1915(e), 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. (R. & R., Dkt. 4) The Court's Order dismissed with prejudice Hill's original complaint.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on October 3, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE